| | |
|---|---|
| CHARLES ROBERT BAREFOOT, JR.<br>Plaintiff(s)<br>v.<br>KEM PICKETT; SYLVESTER WILSON;<br>TIMMY THORTON; JOHN CORNLEY<br>Defendant(s) | **Judgment in a Civil Case**<br><br>Case Number: 5:06-CT-3113-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Pickett, Thorton and Cornley having been dismissed earlier in the action, the remaining defendant's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on December 1, 2010, with service on:
Charles Robert Barefoot, Jr. 21191-056, Federal Medical Center, P.O. Box 1600, Butner, NC 27509 (via U.S. Mail)
Rickey L. Moorefield (via CM/ECF Notice of Electronic Filing)

December 1, 2010                 /s/ Dennis P. Iavarone
                                              Clerk

Raleigh, North Carolina